1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 14-mj-56 DAD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | ) ) | Date:   June 19, 2014 |
| JENNIFER ANN LYNCH, | ) ) | Time:   2:00 p.m. Judge:  Hon. Kendall J. Newman |
| Defendant. | ) ) ) | |

The parties stipulate and request that the Court continue the preliminary hearing scheduled for May 15, at 2:00 p.m., before the Honorable Allison Claire, to June 19, 2014, at 2:00 p.m., before the Honorable Kendall J. Newman.

Counsel for Ms. Lynch requires time to review discovery with her, and to conduct further investigation.  Counsel also requires time to continue to discuss a potential pre-indictment resolution of this case with Ms. Lynch, and to negotiate with government counsel.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to June 19, 2014.

The parties stipulate that the ends of justice served by granting Ms. Lynch's request for a continuance outweigh the best interest of the public and Ms. Lynch in a speedy trial, and that this

is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: May 13, 2014                    HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ M.Petrik*
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender


DATED: May 13, 2014                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ M.Petrik* for
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney


**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to June 19, 2014, at 2:00 p.m., before the Hon. Kendall J. Newman; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Ms. Lynch's request for a continuance outweigh the best interest of the public and Ms. Lynch in a speedy trial.

DATED: May 13, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE